**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA RAMIREZ,<br><br>             Plaintiff,<br><br>      v.<br><br>SPRINT COMMUNICATIONS<br>COMPANY L.P.; HECTOR<br>ZUBIA; SPRINT/UNITED<br>MANAGEMENT and DOES 1 to<br>25, inclusive,<br><br>             Defendants. | Case No.: CV 19-1965-DMG (AFMx)<br><br>**ORDER APPROVING JOINT**<br>**STIPULATION TO DISMISS ENTIRE**<br>**ACTION WITH PREJUDICE [25]** |

     The parties' stipulation to dismiss the above-captioned action in its entirety with prejudice without an award of attorneys' fees or costs to any party pursuant to Rule 41(a) of the Federal Rules of Civil Procedure is hereby APPROVED.  All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**


DATED:  October 31, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE